IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :        NO.    19-10989
   MARC A. MAGLIO                   :
                                                                                       :        CHAPTER 13

**O R D E R**

AND NOW, this _____ day of _____, 2021, upon consideration of Debtor's Motion to Modify Plan Post-Confirmation and after notice and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. Debtor's Motion is **GRANTED**; and

2. Debtor's Fourth Amended Chapter 13 Plan (Doc. # _____) is **APPROVED**.

BY THE COURT:

**Date: December 1, 2021**            _____
                                                    ASHELY M. CHAN
                                                    U.S. BANKRUPTCY JUDGE